BROADEN *v.* THE STATE.   POE *v.* THE STATE.

95   481
Case 1
114  445

.SIMMONS, C. J.—1. It is well settled law in this State that the denial of a motion to quash a criminal accusation is no ground for a new trial. In these cases there should have been motions in arrest of judgment, or direct exception to the refusal to quash.

.2. The evidence warranted the verdict, and there was no error in refusing to grant a new trial.          *Judgment in each case affirmed.*

December 21, 1894.

Accusation of shooting into a car of a passenger-train. Before Judge WESTMORELAND. Criminal court ·of Atlanta. November term, 1894.

ROBERT L. RODGERS, for plaintiffs in error.
LEWIS W. THOMAS, solicitor, *contra.*

---

BROWN *v.* THE STATE.

95b  481
105  632

95b  481
109  137

95   481
Case 2
114   78

95   481
Case 2
116  520

.ATKINSON, J.—Mere preparation to commit a violent injury upon the person of another, unaccompanied by a physical effort to do so, will not justify a conviction for an assault; and therefore, where the evidence showed that during an altercation between the person alleged to have been assaulted, and two other persons acting in concert, one of the latter picked up a stone but made no attempt to cast it at the former, who was about twenty steps distant, neither of the two persons so acting in concert could be lawfully convicted of an assault.          *Judgment reversed.*

November 12, 1894.

Indictment for assault. Before Judge REESE. Hart ·superior court. March term, 1894.

Brown was convicted of an assault upon Mrs. Ginn. She testified : Brown and a negro boy Bailey were at work in their field across the public road from my house, ·which road is the public road leading from Hartwell to Bowman. Bailey and my son Gordon got into a fuss out .about the lot. Gordon came in the house, and because ·of what he told me I went on the veranda and scolded ·the boys, who were at work over in their field. They

v 95-31